[No. 16280-6-II.   Division Two.   February 8, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY D. SIZEMORE, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 92-1-00147-3, David E. Foscue, J., entered

July 13, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, C.J., and Houghton, J.